Gregory A. Nahas, Esq.
Attorney
GNahas@liakaslaw.com
P: (212) 937-7765
F: (877) 380-9432

LIAKAS LAW P.C.

**Liakaslaw.com**
40 Wall Street
50th Floor
New York, NY 10005

New Jersey Office
576 Main Street
Suite C
Chatham, NJ 07928

October 2, 2026

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **Clegg v. TSI Tank Services, Inc.**
**Case No. 7:26-cv-03676-KMK**

**First Joint Letter Motion for Adjournment of October 6, 2026 Pre Motion Conference and Extension of Time to Complete Jurisdictional Discovery**

To the Honorable Court:

This office represents Plaintiff Thomas Clegg and has conferred with counsel for Defendant TSI Tank Services, Inc. (hereinafter, "TSI"). Plaintiff and Defendant jointly submit the within Letter Motion seeking to adjourn this matter's October 6, 2026 (2:00 pm) telephonic Pre-Motion Conference.

On July 28, 2026, the Court granted the parties sixty (60) days to engage in jurisdictional discovery in response to TSI's July 22, 2026, pre-motion letter requesting permission to move for dismissal pursuant to FRCP 12(b)(2). *See,* ECF No. 17. The Court further scheduled the continuance of the Pre-Motion Conference for Tuesday, October 7, 2026 at 2:00 p.m.

Plaintiff served his initial Requests for Production of Documents and Interrogatories on August 10, 2026. TSI responded on September 9, 2026. Plaintiff sent a Deficiency Letter on September 14, 2026, as to which TSI has been gathering responsive material in good faith. Once responses are served by TSI, Plaintiff would respectfully request additional time to review any responses prior to appearing for the Court's Pre Motion Conference.

In this regard, the parties respectfully request an additional forty-five (45) days to engage in Jurisdictional Discovery and would request the Pre Motion Conference be scheduled at a date of the Court's convenience thereafter.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Granted. The 10/6 conference is adjourned to 11/17/26, at 12:00.

So Ordered.

10/2/26

/s/ *Gregory A. Nahas*
Gregory A. Nahas, Esq.
*Attorneys for Plaintiff*
*Thomas Clegg*

/s/ *Brent M. Reitter*
Brent M. Reitter, Esq.

To: All appearing parties via ECF